**Entered on Docket**
**January 15, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 15, 2026

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

|  |  |
|---|---|
| In re | Case No. 25-10808 WJL |
| Zephyr Hospitality LLC, |  |
| Debtor. | Chapter 11 |

### ORDER GRANTING MOTION TO EXTEND TIME

On December 23, 2025, Debtor Zephyr Hospitality LLC ("Debtor") filed a Chapter 11 Voluntary Petition. [Dkt. #1]. The petition was incomplete, as it was filed without schedules and other required documents. The complete filing with schedules was due on January 6, 2026, by Order entered on December 31, 2025 [Dkt. #11].

On January 8, 2026, Debtor filed Motion to Accept Late Filing and Extend Time (Nunc Pro Tunc) (the "Motion"), seeking an extension, claiming good cause due to a need to retain counsel and gather complete and accurate financial information to ensure accurate filings in the case [Dkt. #20].

Pursuant to the longstanding policy to construe filings by *pro se* parties liberally, the Court will construe Debtor's letter as a Motion to Extend Time. *See Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000) ("[I]n general, courts must construe pro se pleadings liberally.").

Case: 25-10808   Doc# 22   Filed: 01/15/26   Entered: 01/15/26 09:40:32   Page 1 of 3

Upon due consideration of the Motion, the governing law, the balance of the record, and good cause appearing, the Court HEREBY GRANTS the Debtor an extension until **January 23, 2026**, to file the missing schedules and any other required documents. Additionally, the Court HEREBY ORDERS that counsel for the Debtor, once retained, file a declaration on or before **January 23, 2026**. If Debtor fails to comply with this Order, the case may be dismissed without further notice or hearing.

**\*\*\*END OF ORDER\*\*\***

Case: 25-10808    Doc# 22    Filed: 01/15/26    Entered: 01/15/26 09:40:32    Page 2 of 3

## <u>COURT SERVICE LIST</u>

**Zephyr Hospitality LLC**

900 New Navy Base Road

Samoa, CA 95564

Case: 25-10808    Doc# 22    Filed: 01/15/26    Entered: 01/15/26 09:40:32    Page 3 of 3