United States Bankruptcy Court

Northern District of California

In re:

Zephyr Hospitality LLC
    Debtor

Case No. 25-10808-WJL

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-1         User: admin         Page 1 of 2

Date Rcvd: Jan 28, 2026         Form ID: NDC         Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Zephyr Hospitality LLC, 900 New Navy Base Road, Samoa, CA 95564-9518 |
| 15847524 | + | City of Eureka, Attn: City Manager City Clerk, 531 K St, Eureka, CA 95501-1165 |
| 15847516 | + | FinPoint, 226 West 37th Street, New York, NY 10018-6605 |
| 15847517 | | Humboldt Social Club Inc, 100 Main Street, Scotia, CA 95565 |
| 15847519 | + | Michael Reinman, 89 E 15th Street, Arcata, CA 95521-6001 |
| 15847521 | + | RREDC Redwood Regional Economic, Developm, 325 2nd Street Suite 203, Eureka, CA 95501-0591 |
| 15847525 | + | RREDC Redwood Regional Economic, Development, 325 2nd Street Suite 203, Eureka, CA 95501-0591 |
| 15847520 | + | Reliance Financial FL, LLC, 9600 Koger Blvd N, Suite 236, Saint Petersburg, FL 33702-2467 |
| 15847522 | + | SBMC International LTD, 1313 N Milpitas Blvd, Suite 133 C, Milpitas, CA 95035-3192 |
| 15847535 | + | Thrive Wellness Medical Group, 770 11th St, Arcata, CA 95521-5838 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 15847518 | + Email/Text: legal@thelcfgroup.com | Jan 29 2026 00:38:00 | Last Chance Funding, Inc., 3000 Marcus Avenue, Suite 2W15, New Hyde Park, NY 11042-1005 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:**

District/off: 0971-1

Date Rcvd: Jan 28, 2026

User: admin

Form ID: NDC

Page 2 of 2

Total Noticed: 11

| Name | Email Address |
| --- | --- |
| Gina R. Klump | gklump@klumplaw.net  C204@ecfcbis.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Gregory Leahy | on behalf of U.S. Trustee Office of the U.S. Trustee / SR Paul.Leahy@usdoj.gov |

TOTAL: 3

Form NDC

## UNITED STATES BANKRUPTCY COURT
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re: | Zephyr Hospitality LLC |
| | Debtor(s) |

Case No.: 25−10808 WJL 11
Chapter: 11

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 01/15/2026. Therefore, it is ordered that this case be **dismissed**.

☐ Order to File Required Documents and Notice of Automatic Dismissal

☐ Order and Notice Regarding Failure to Pay Filing Fee

☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors

☐ Order Granting the Application to Pay Filing Fee in Installments

☑ Other: Order Granting Motion to Extend Time

Dated: 1/28/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge